BB
2024R00477
AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| v. | ) | Case No. 25-mj-104 (DLM) |
| ABDISATAR AHMED HASSAN | ) |  |

## CRIMINAL COMPLAINT

I, Scott L. Zimmerman, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

COUNT 1: On or about December 13, 2024, and December 29, 2024, in Hennepin County, in the State and District of Minnesota, and elsewhere, the defendant, ABDISATAR AHMED HASSAN, attempted to knowingly provide material support and resources to a designated foreign terrorist organization, all in violation of Title 18, United States Code, Sections 2339B.

I further state that I am a sworn and licensed federal Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF SA SCOTT L. ZIMMERMAN IN SUPPORT OF CRIMINAL COMPLAINT

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Complainant's signature

Scott L. Zimmerman, Special Agent, FBI
*Printed name and title*

SUBSCRIBED and SWORN before me, by reliable electronic means via Zoom and email, pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 2/27/25

_____
Judge's signature

City and state: Saint Paul, Minnesota

Douglas L. Micko, U.S. Magistrate Judge
*Printed name and title*