BB
AO 442 (Rev. 11/11) Arrest Warrant

2024R00477

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

**RECEIVED**

APR 2 1 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-mj-104 (DLM) |
| ABDISATAR AHMED HASSAN | ) | |

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

(name of person to be arrested)    ABDISATAR AHMED HASSAN,

who is accused of an offense or violation based on the following document filed with the Court:

____ Indictment    ____ Superseding Indictment    ____ Information    ____ Superseding Information    **X** Complaint

____ Probation Violation Petition    ____ Supervised Release Violation Petition    ____ Violation Notice    ____ Order of the Court

charging him with (Count 1) Attempting to Knowingly Provide Material Support and Resources to a Designated Foreign

Terrorist Organization, in violation of Title 18, United States Code, Sections 2339B.

Date: 2/27/25

_____
Issuing officer's signature

City and State: Saint Paul, Minnesota

Douglas L. Micko, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on (date) 02/27/2025, and the person was arrested on (date) 02/27/2025 at (city and state) Shakopee, Minnesota |

Date: 03/17/2025

SCANNED

APR 2 2 2025

U.S. DISTRICT COURT MPLS

_____
Arresting officer's signature

Special Agent Scott L. Zimmerman
Printed name and title