UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr165 DWF/DLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 2339B(a)(1) |
| v. | ) |
| ABDISATAR AHMED HASSAN, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Attempting to Provide Material Support and Resources
to a Designated Foreign Terrorist Organization)

From on or about September 29, 2024, through on or about February 27, 2025, within the State and District of Minnesota, and elsewhere, the defendant,

**ABDISATAR AHMED HASSAN,**

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including personnel, (namely, himself), to a foreign terrorist organization, to wit: the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization, and knowing that ISIS had engaged in, and was engaging in, terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

SCANNED
APR 2 9 2025
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

The allegations in Count 1 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c).

The violation of Title 18, United States Code, Section 2339B(a)(1) alleged in Count 1 of this Indictment is an act of international terrorism, as defined in Title 18, United States Code, Section 2331, against an international organization or foreign government.

The defendant, Abdisatar Ahmed Hassan, was an individual engaged in planning an act of international terrorism against an international organization or foreign government.

Upon conviction of the offense alleged in Count 1, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), all his assets, foreign and domestic.

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY       FOREPERSON