*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

August 11, 2025

Honorable Douglas L. Micko
United States Magistrate Judge
316 North Robert Street
St. Paul, MN 55101

      Re: *United States v. Abdisatar Ahmed Hassan*
          Criminal No. 25-165 (DWF/DLM)

Dear Magistrate Judge Micko:

I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Hassan. The parties are currently negotiating a possible resolution to the case. The parties will contact Senior Judge Frank's chambers to schedule a change of plea hearing. In the meantime, a signed statement of facts will be filed in accordance with this letter to support the exclusion of time under the Speedy Trial Act.

Sincerely,

*s/Manny K. Atwal*

MANNY K. ATWAL (she/her)
First Assistant Defender

MKA/en

cc: Benjamin Bejar and Andrew Winter, AUSAs
    James Becker, AFD