UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 25-165 (DWF/DLM) |
| | ) | |
| v.           Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN** |
| ABDISATAR AHMED HASSAN, | ) | **SUPPORT OF EXCLUSION OF TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Abdisatar Ahmed Hassan, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. Additional time is needed for my attorneys to negotiate a plea offer.

Based on the above facts, I request that the period of time from now until September 29, 2025, be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: August 12, 2025

Abdisatar Ahmed Hassan
Defendant

Dated: August 12, 2025

Manny K. Atwal
Attorney ID No.: 282029
Attorney for Mr. Hassan
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415